## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSEPH GOVERNALI,

Plaintiff,

-v-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

19 **CIVIL** 9777 (AT)(DCF)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 26, 2020, that this action is reversed and remanded to

the Commissioner of Social Security for further administrative proceedings pursuant to sentence

four of 42 U.S.C. § 405(g), and the Administrative Law Judge will be directed to offer plaintiff an

opportunity for a de novo hearing.

**Dated:** New York, New York
      February 26, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**